```
                        UNITED STATES BANKRUPTCY COURT
                        SOUTHERN DISTRICT OF CALIFORNIA
```

IN RE:                                                    CASE NO.
    JACK WILLIAM MCCULLOUGH
    1250 CLEVELAND AVE #E220                              04-00072
    SAN DIEGO CA   92103-3375                 JUDGE: PETER W. BOWIE


    CATHERINE ELIZABETH CRONKHITE
    3935 GASKILL PEAK RD
    ALPINE CA   91901


  FINAL REPORT AND ACCOUNT

                                                                                        SS#1 -XXX-XX-8678
                                                                                        SS#2 -XXX-XX-8207


| This Case was | The Plan was | The Case was |
|---|---|---|
| commenced on Jan 06, 2004 | confirmed on Feb 12, 2004 | concluded on Dec 15, 2005 |

THE SUBJECT CASE HAS BEEN COMPLETED
   Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.


RECEIPTS: Amounts paid to the Trustee by or for the Debtor for the benefit of creditors:
                                                                                                                        $107,423.00


| DISBURSEMENTS TO CREDITORS<br>CREDITOR'S NAME | CLASS | AMOUNT<br>ALLOWED | AMOUNT<br>PRINCIPAL | PAID<br>INTEREST | BALANCE<br>DUE |
|---|---|---:|---:|---:|---:|
| AK USA FEDERAL CREDIT UNION | UNSECURED | 385.31 | 385.31 | 22.04 | .00 |
| BOB BAKER CHEVROLET | NOT FILED | .00 | .00 | .00 | .00 |
| CHASE MANHATTAN AUTO FIN CORP<br>    1996 CHEV | SECURED | 1,690.71 | 1,690.71 | 66.42 | .00 |
| COUNTY TAX COLLECTOR ^<br>    CLM WITHDRAWN/ORC | ARREARS, R.E. | .00 | .00 | .00 | .00 |
| CSAC<br>    STUDENT LOAN | NOT FILED | .00 | .00 | .00 | .00 |
| ECMC<br>    STUDENT LOAN | NOT FILED | .00 | .00 | .00 | .00 |
| ECMC<br>    05-04 SUB CSAC | SPECIAL UNSECUR | 19,308.15 | 19,308.15 | 1,977.95 | .00 |
| HFC | UNSECURED | 5,589.27 | 5,589.27 | 314.80 | .00 |
| MERRICK BANK | UNSECURED | 427.91 | 427.91 | 24.41 | .00 |
| NAVY FEDERAL CREDIT UNION | UNSECURED | 367.69 | 367.69 | 19.46 | .00 |
| NEBRASKA STUDENT LOAN PROGRAM<br>    10-04 SUB NELNET | SPECIAL UNSECUR | 11,787.20 | 11,787.20 | 1,207.47 | .00 |
| NEBRASKA STUDENT LOAN PROGRAM<br>    10-04 SUB NELNET | SPECIAL UNSECUR | 5,665.72 | 5,665.72 | 585.84 | .00 |


CASE NO. 04-00072                JACK WILLIAM MCCULLOUGH and CATHERINE ELIZABETH CRONKHITE

| DISBURSEMENTS TO CREDITORS<br>CREDITOR'S NAME | CLASS | AMOUNT<br>ALLOWED | AMOUNT<br>PRINCIPAL | PAID<br>INTEREST | BALANCE<br>DUE |
|---|---|---:|---:|---:|---:|
| NEBRASKA STUDENT LOAN PROGRAM<br>  10-04 SUB NELNET | SPECIAL UNSECUR | 5,801.58 | 5,801.58 | 599.95 | .00 |
| PAYMENT CENTER<br>  US DEPT OF ED | SPECIAL UNSECUR | 6,624.44 | 6,624.44 | 678.60 | .00 |
| PREMIER AUTO FINANCE<br>  1998 CHEV TRACKER | NOT FILED | .00 | .00 | .00 | .00 |
| PREMIER AUTO FINANCE | UNSECURED | 3,143.42 | 3,143.42 | 163.94 | .00 |
| SATURN OF KEARNEY MESA<br>  LATE/1999 SATURN | SECURED | 5,575.00 | 5,575.00 | 186.38 | .00 |
| SATURN OF KEARNEY MESA<br>  Split Claim | UNSECURED | 3,430.40 | 3,430.40 | 179.17 | .00 |
| SHERMAN ACQUISITION LP<br>  05-04 SUB CITIBANK | UNSECURED | 2,975.44 | 2,975.44 | 167.59 | .00 |
| SHERMAN ACQUISITION LP<br>  05-04 SUB CITIBANK | UNSECURED | 2,029.65 | 2,029.65 | 114.30 | .00 |
| SHERMAN ACQUISITION LP<br>  05-04 SUB CITIBANK | UNSECURED | 2,577.15 | 2,577.15 | 145.17 | .00 |
| TGSLC<br>  STUDENT LOAN | NOT FILED | .00 | .00 | .00 | .00 |
| U S DEPT OF EDUCATION<br>  STUDENT LOAN | NOT FILED | .00 | .00 | .00 | .00 |
| USA FEDERAL CREDIT UNION | UNSECURED | 1,588.59 | 1,588.59 | 90.36 | .00 |
| WASHINGTON MUTUAL BANK, FA ^<br>  PAID IN FULL/ORC | ARREARS, R.E. | 1,402.16 | 1,402.16 | 297.00 | .00 |
| WASHINGTON MUTUAL BANK, FA ^ | NOT FILED | .00 | .00 | .00 | .00 |
| eCAST SETTLEMENT CORP<br>  06-05 SUB GE CAPITAL | UNSECURED | 2,481.76 | 2,481.76 | 123.95 | .00 |
| eCAST SETTLEMENT CORP<br>  CHASE MANHATTAN BANK | UNSECURED | 2,412.08 | 2,412.08 | 125.80 | .00 |
| eCAST SETTLEMENT CORP<br>  PROVIDIAN NB | UNSECURED | 815.28 | 815.28 | 42.55 | .00 |
| eCAST SETTLEMENT CORP<br>  MBNA | UNSECURED | 570.16 | 570.16 | 30.19 | .00 |
| JACK WILLI MCCULLOUGH | REFUND | 2,915.88 | 2,915.88 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | TOTAL PAID<br>PRINCIPAL |
|---|---:|---:|---:|---:|---:|---:|---:|
| AMT ALL | 8,667.87 | .00 | 77,981.20 | | 2,915.88 | 89,564.95 | AND INT. |
| PRIN PD | 8,667.87 | .00 | 77,981.20 | | 2,915.88 | 89,564.95 | |
| INT PD | 549.80 | .00 | 6,613.54 | | | 7,163.34 | 96,728.29 |

OTHER DISBURSEMENTS UNDER ORDER OF THE COURT:

| DEBTOR'S ATTORNEY | | FEE ALLOWED | FEE PAID |
|---|---|---:|---:|
| JOHN C COLWELL #118532 | #000444 | 2,800.00 | 2,800.00 |

PAGE 02 - CONTINUED ON NEXT PAGE

CASE NO. 04-00072            JACK WILLIAM MCCULLOUGH and CATHERINE ELIZABETH CRONKHITE

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING FEE DEPOSIT | ADDITIONAL CHARGES NOTICE FEES | TRUSTEE EXP. & COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|
| .00 | .00 | 3,917.36 / 3,917.35 | 0.00 | 7,894.71 |

REMAINING FUNDS IN CASE:                                                                       .00

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings and closing the estate, and for such other and further relief as is just.


DATED: February 21, 2006                           /S/ DAVID L. SKELTON

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0974-3            User: jli                  Page 1 of 2              Date Rcvd: Feb 21, 2006
Case: 04-00072                  Form ID: pdf902            Total Served: 48


The following entities were served by first class mail on Feb 23, 2006.
db          +Jack William McCullough,    1250 Cleveland Ave unit 6220,    San Diego, CA 92103-7300
aty         +John C. Colwell,   Law Offices of John C. Colwell, A P.L.C.,    411 Broadway,   Suite 203,
              San Diego, CA 92101-5116
aty         +Michael Weintraub,    525 "B" Street,   Suite 1430,    San Diego, CA 92101-4432
tr          +David L. Skelton,    525 B St., Suite 1430,    San Diego, CA 92101-4432
jtdb        +Catherine Elizabeth Cronkhite,    3935 Gaskill Peak Rd.,    Alpine, CA 91901-4408
8415848      ASAP/Union Bank & Trust,    C/O Nelnet,    3015 S. Parker Rd., #400,    Aurora, CO 80014-2904
8585924      ASAP/Union Trust and Bank,    c/o Nelnet,    3015 S. Parker Rd Ste 400,    Aurora CO 80014-2904
8386557      Alaska USA FCU,    PO Box 196613,    Anchorage, AK 99519-6613
8386558     +Bob Baker Chevrolet,    900 Arnele Ave.,    El Cajon, CA 92020-3097
8386560      Bose Corp.,    Mail Stop #404,    The Mountain,    Framingham, MA 01701
8422375      California Student Aid Commission,     PO Box 419041,    Rancho Cordova, CA 95741-9041
8386562     +Chase Manhattan Automotive Finance Corporation,     900 Stewart Ave.,    Garden City, NY 11530-4891
8386563     +Chase Manhattan Bank,    3700 Weisman Blvd.,    San Antonio, TX 78251-4322
8389630     +Citibank,    PO Box 3671,    Urbandale, IA 50323-0671
8494462     +Citibank,    7930 NW 110th St,    Kansas City MO 64153-1270
8386565     +ECMC,   PO Box 75848,    St. Paul, MN 55175-0848
8495561     +ECMC,    7325 Beaufont Springs,    Ste 200,    Richmond VA 23225-5563
8585927      Educational Credit Management Corp,     Lockbox 8682,    PO BOX 75848,    St Paul MN 55175-0848
8386566      GE Capital Consumer Card Company,     PO Box 9001557,    Louisville, KY 40290-1557
8737937     +GE Money Bank,    5300 Kings Island Dr,    Mason OH 45040-2353
8386567      Ginny's,   c/o NCO Financial Sys.,    P.O. Box ??? Dept. 99,    Philadelphia, PA  19101
8386568      Home Depot,    P.O. Box 9100,    Des Moines, IA  50368-9100
8386569     +Household Finance Corporation,    1301 E. Tower Rd.,    Schaumburg, IL 60173-4374
8386570     +MBNA America Bank,    655 Papermill Rd.,    Newark, DE 19711-7500
8453502      MBNA America Bank, N.A.,    by eCAST Settlement Corporation as its a,    P.O. Box 35480,
              Newark, NJ  07193-5480
8410122     +Merrick Bank,    c/o Weinstein, Treiger & Riley, P.S.,    2101 4th Ave., Suite 900,
              Seattle, WA 98121-2339
8386571      Merrick Bank,    P.O. Box 5721,    Hicksville, NY  11802-5721
8585925     +NSLP,    PO BOX 82507,    Lincoln NE 68501-2507
8386573      Nelnet,    3015 S. Parker Rd., #400,    Aurora, CO 80014-2904
8386574     +Premier Auto Finance,    C/O SST,    PO Box 3999,    St. Joseph, MO 64503-0999
8386575      Providian Visa,    P.O. Box 660022,    Dallas, TX  75266-0022
8386576     +Risk Mgmt. Alternatives,    802 E. Martintown Rd. #201,    No. Augusta, SC 29841-5352
8386577     +Sallie Mae Servicing LP,    220 Laskey Ave.,    Wilkes-Barre, PA 18706-1430
8386578     +San Diego County Treasurer-Tax Collector,     1600 Pacific Highway, #162,    San Diego, CA 92101-2477
8386579     +Saturn of El Cajon,    541 No. Johnson,    El Cajon, CA 92020-3117
8592171      Saturn of Kearny Mesa,    attn--Karen Dalton,    4525 Convoy St,    San Diego CA 92111-2307
8386580      Sears,    86 Annex,    Atlanta, GA  30386-0001
8494461      Sherman Acquisition LP,    c/o Resurgent Capital Svcs,    PO BOX 10587,    Greenville SC 29603-0587
8386583      Swiss Colony,    1112 7th Ave.,    Monroe, WI  53566-1364
8386584      TGSLC,    P.O. Box 201725,    Austin, TX  78720-1725
8386585     +U.S. Department Of Education,    PO Box 530260,    Atlanta, GA 30353-0260
8386587     +USA Federal Credit Union,    9999 Willow Creek Rd.,    San Diego, CA 92131-1117
8386589      Washington Mutual Bank,    9601 McAllister Freeway, #110,    San Antonio, TX 78216-4681
8386588     +Washington Mutual Bank,    C/O Alvarado, Shapiro & Wilson, LLP,    2677 N. Main St., #550,
              Santa Ana, CA 92705-6696
8468293      eCAST Settlement Corporation, assignee of,    Providian National Bank,    P.O. Box 35480,
              Newark, NJ  07193-5480
8737938      eCast Settlement Corp.,    PO Box 35480,    Newark, NJ 07193-5480
8449667      eCast Settlement Corporation,    PO Box 35480,    Newark, NJ 07193-5480

The following entities were served by electronic transmission on Feb 22, 2006 and receipt of the transmission
was confirmed on:
8386572      E-mail: ext_ebn_inbox@navyfederal.org Feb 22 2006 03:46:24     Navy Federal Credit Union,
              P.O. Box 3500,    Merrifield, VA  22119-3500
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8386559*    +Bob Baker Chevrolet,    900 Arnele Ave.,    El Cajon, CA 92020-3097
8386561*     Bose Corp.,    Mail Stop #404,    The Mountain,    Framingham, MA 01701
8386581*     Sears,    86 Annex,    Atlanta, GA  30386-0001
8386582*     Sears,    86 Annex,    Atlanta, GA  30386-0001
                                                                                         TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0974-3          User: jli              Page 2 of 2              Date Rcvd: Feb 21, 2006
Case: 04-00072                Form ID: pdf902        Total Served: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2006**              **Signature:**   _/s/ Joseph Speetjens_